UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IRA JOHN HINES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:10-CV-333 |
| | ) (VARLAN/GUYTON) |
| V. | ) |
| | ) |
| TOWN OF VONORE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the District Judge. The parties appeared before the undersigned on September 18, 2012, for a telephonic motion hearing to address these motions. Attorneys Charles Burks and Ron Newcomb were present representing the Plaintiff. Attorney Dan Rader III was present representing Defendant Mike Myers, and Attorney Nathan Rowell was present representing all other Defendants. Now before the Court are four motions filed by the Plaintiff, each of these motions was addressed at the hearing. For the reasons more fully stated at the hearing and in the Court's previous Memorandum and Order [Doc. 93], the Court finds and orders as follows.

The Plaintiff has filed a "Motion for Leave of Court to Withdraw and Substitute Document," [Doc. 90], which requests that another motion filed by Plaintiff entitled "Supplemental Motion by Plaintiff to Defendant Mike Myers['s] Motion to Disallow Further Discovery [] and in the Alternative Reply Brief to Defendant's Response []," be withdrawn or denied. The Motion for Leave to Withdraw **[Doc. 90]** is **GRANTED**, and accordingly, the Supplemental Motion **[Doc. 88]** is **DENIED AS MOOT**.

The Plaintiff filed a second motion entitled "Supplemental Motion by Plaintiff to Defendant Mike Myers['s] Motion to Disallow Further Discovery [] and in the Alternative Reply Brief to Defendant's Response []," [Doc. 89], which the Court considered in reaching its decision on the discovery issues in this case. The Court has addressed the relief requested in this second motion, and accordingly, it **[Doc. 89]** is **DENIED AS MOOT.**

Finally, the Plaintiff has filed a motion entitled, "Motion for Leave to File with the Court a Supplemental Motion and in the Alternative a Reply to Defendant's Response to Motion to Disallow Further Discovery," [Doc. 91]. The Court finds that this motion is also moot, and it **[Doc. 91]** is **DENIED AS MOOT**.

In sum, the Motion for Leave to Withdraw **[Doc. 90]** is **GRANTED**, and all other motions **[Docs. 88, 89, 91]** pending before the undersigned are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge